UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re: § Case No. 20-33158
 §
DTN HOLDINGS, LLC §
 §
 §
 Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Allison D. Byman, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $288,438.45 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $191,486.56 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $391,461.25 | | |

3) Total gross receipts of $582,947.81 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $582,947.81 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $6,908,098.52 | $7,212,122.02 | $7,212,122.02 | $191,486.56 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $391,461.25 | $391,461.25 | $391,461.25 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $121,460.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $79,626.84 | $0.00 | $0.00 | $0.00 |
| **Total Disbursements** | $7,109,185.36 | $7,604,111.92 | $7,604,111.92 | $582,947.81 |

4). This case was originally filed under chapter 7 on 06/24/2020. The case was pending for 15 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>09/03/2021</u>          By:   <u>/s/ Allison D. Byman</u>
                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Four story office building 59,656 Sq. Ft. Located at: 410 W. Grand Parkway So. Katy, TX  77494 | 1122-000 | $100,000.00 |
| Cash collateral transfer | 1129-000 | $447,747.81 |
| Trustee Carve Out | 1229-000 | $35,200.00 |
| **TOTAL GROSS RECEIPTS** | | **$582,947.81** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Veritex Community Bank | 4110-000 | $0.00 | $6,977,123.17 | $6,977,123.17 | $191,486.56 |
| 2 | Harris County et al. | 4110-000 | $0.00 | $198,161.23 | $198,161.23 | $0.00 |
| 3 | Cimarron Municipal Utility District | 4110-000 | $0.00 | $36,837.62 | $36,837.62 | $0.00 |
|  | Veritex Community Bank | 4110-000 | $6,908,098.52 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$6,908,098.52** | **$7,212,122.02** | **$7,212,122.02** | **$191,486.56** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALLISON DAVISON BYMAN, Trustee | 2100-000 | NA | $133,700.00 | $133,700.00 | $133,700.00 |
| International Sureties, Ltd. | 2300-000 | NA | $77.67 | $77.67 | $77.67 |
| Veritex Community Bank | 2600-000 | NA | $4,063.34 | $4,063.34 | $4,063.34 |
| Ann Harris Bennett, Tax Assessor Collector | 2820-000 | NA | $215,949.58 | $215,949.58 | $215,949.58 |
| Cimarron M.U.D. | 2820-000 | NA | $37,670.66 | $37,670.66 | $37,670.66 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$391,461.25** | **$391,461.25** | **$391,461.25** |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cimarron MUD | 5800-000 | $18,219.00 | $0.00 | $0.00 | $0.00 |
| | Harris County Appraisal District | 5800-000 | $103,241.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $121,460.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ben Shull, CPA | 7100-000 | $1,060.00 | $0.00 | $0.00 | $0.00 |
| | Coolsoft, LLC | 7100-000 | $1,246.50 | $0.00 | $0.00 | $0.00 |
| | Deepwater Subsea, LLC | 7100-000 | $3,700.00 | $0.00 | $0.00 | $0.00 |
| | FP Assistance | 7100-000 | $7,426.42 | $0.00 | $0.00 | $0.00 |
| | NAI Partners Attn: Jai Tainter | 7100-000 | $1.00 | $0.00 | $0.00 | $0.00 |
| | National Valuation Consultants | 7100-000 | $1,300.00 | $0.00 | $0.00 | $0.00 |
| | Project Cost Resources, Inc. | 7100-000 | $1,594.67 | $0.00 | $0.00 | $0.00 |
| | Shikha Gupta, CPA, LLC | 7100-000 | $1,200.33 | $0.00 | $0.00 | $0.00 |
| | Stancil Property Tax, LLC | 7100-000 | $5,642.50 | $0.00 | $0.00 | $0.00 |
| | Superior IT Solutions, LLC | 7100-000 | $4,347.00 | $0.00 | $0.00 | $0.00 |
| | The Brashear Law Firm | 7100-000 | $15,810.00 | $0.00 | $0.00 | $0.00 |
| | The Brashear Law Firm | 7100-000 | $10,000.00 | $0.00 | $0.00 | $0.00 |
| | Thyssenkrupp Elevator Corp | 7100-000 | $11,200.00 | $0.00 | $0.00 | $0.00 |
| | Under Armour, Inc. | 7100-000 | $11,732.00 | $0.00 | $0.00 | $0.00 |
| | Wolverine World Wide, Inc. | 7100-000 | $3,366.42 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $79,626.84 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

Page No: 1

FORM 1

Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 20-33158-H2-7 | Trustee Name: | Allison D. Byman |
|---|---|---|---|
| Case Name: | DTN HOLDINGS, LLC | Date Filed (f) or Converted (c): | 06/24/2020 (f) |
| For the Period Ending: | 9/3/2021 | §341(a) Meeting Date: | 08/06/2020 |
| | | Claims Bar Date: | 12/21/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Frost Bank Checking Account 9815 | $163,506.77 | $163,506.77 | | $0.00 | $163,506.77 |
| 2  Frost Bank Money Market 9857 | $33,265.56 | $33,265.56 | | $0.00 | $33,265.56 |
| 3  Veritex Community Bank Money Market 7741 | $18,050.28 | $18,050.28 | | $0.00 | $18,050.28 |
| 4  Tenant security deposits held in escrow | $52,615.84 | $52,615.84 | | $0.00 | $52,615.84 |
| 5  AR over 90 days old | $21,000.00 | $21,000.00 | | $0.00 | $21,000.00 |
| 6  Tropical fish (perishable) and tank | Unknown | $0.00 | | $0.00 | FA |
| 7  Four story office building 59,656 Sq. Ft. Located at: 410 W. Grand Parkway So. Katy, TX 77494 | $7,950,000.00 | $7,950,000.00 | | $100,000.00 | $7,850,000.00 |
| **Asset Notes:** Fee simple | | | | | |
| 8  Stipulation with secured creditor (u) | $0.00 | $0.00 | | $0.00 | FA |
| 9  Trustee Carve Out (u) | $0.00 | $0.00 | | $35,200.00 | FA |
| 10  Cash collateral transfer (u) | $0.00 | $0.00 | | $447,747.81 | FA |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

$8,238,438.45    $8,238,438.45     $582,947.81    $8,138,438.45

**Major Activities affecting case closing:**

| | |
|---|---|
| 08/24/2021 | Unopposed Order of Dismissal entered see dkt. 45. Trustee to receive $133,700. remaining funds will be paid in full and final satisfaction of estate's obligation related to the secure claim of Veritex Bank. |
| 06/28/2021 | Motion to dismiss filed. See dkt. 40 |
| 04/14/2021 | Motion to Sell Real Estate Filed. Hearing May 5, 2021 |
| 02/09/2021 | Trustee working with property management group pursuant to stipulation to collect cash collateral for bank while bank posts for foreclosure. County moratorium on foreclosures affecting ability of bank to foreclose. Trustee continues to collect and obtains carve out funds. |

| | | | |
|---|---|---|---|
| Initial Projected Date Of Final Report (TFR): | 12/30/2021 | /s/ ALLISON D. BYMAN | |
| Current Projected Date Of Final Report (TFR): | | ALLISON D. BYMAN | |

# FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 20-33158-H2-7 | | Trustee Name: | Allison D. Byman |
|---|---|---|---|---|
| Case Name: | DTN HOLDINGS, LLC | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***7169 | | Checking Acct #: | ******5801 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 6/24/2020 | | Blanket bond (per case limit): | $89,692,000.00 |
| For Period Ending: | 9/3/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/20/2020 | (9) | DTN Holdings LLC | Stipulation with Secured Creditor | 1229-000 | $6,700.00 | | $6,700.00 |
| 08/20/2020 | (10) | DTN Holdings LLC | Stipulation | 1229-000 | $209,671.77 | | $216,371.77 |
| 09/14/2020 | (9) | NAI Partners | Trustee carve out | 1229-000 | $3,000.00 | | $219,371.77 |
| 09/14/2020 | (10) | NAI Partners | Cash Collateral Transfer | 1129-000 | $62,685.99 | | $282,057.76 |
| 10/05/2020 | 3001 | International Sureties, Ltd. | Bond # 016071777 | 2300-000 | | $77.67 | $281,980.09 |
| 10/26/2020 | (9) | NAI Partners | Estate Carveout for September | 1229-000 | $3,000.00 | | $284,980.09 |
| 10/26/2020 | (10) | NAI Holdings | Cash Collateral Transfer | 1229-000 | $30,532.78 | | $315,512.87 |
| 10/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $481.97 | $315,030.90 |
| 11/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $475.56 | $314,555.34 |
| 12/01/2020 | (9) | NAI Partners | Trustee Carveout | 1229-000 | $3,000.00 | | $317,555.34 |
| 12/01/2020 | (10) | NAI Partners | Cash Collateral turnover | 1229-000 | $37,924.98 | | $355,480.32 |
| 12/19/2020 | (9) | NAI Partners | Trustee Carveout | 1229-000 | $3,000.00 | | $358,480.32 |
| 12/19/2020 | (10) | NAI Partners | Cash Collateral Turnover | 1229-000 | $20,837.50 | | $379,317.82 |
| 12/31/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $585.15 | $378,732.67 |
| 01/12/2021 | 3002 | Cimarron M.U.D. | Account Number 142-1000-001-0001 | 2820-000 | | $37,670.66 | $341,062.01 |
| 01/12/2021 | 3003 | Ann Harris Bennett, Tax Assessor Collector | Account 127-261-001-0001 | 2820-000 | | $215,949.58 | $125,112.43 |
| 01/29/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $454.69 | $124,657.74 |
| 02/11/2021 | (9) | NAI Partners | Carve out January 2021 | 1229-000 | $3,000.00 | | $127,657.74 |
| 02/11/2021 | (10) | NAI Holdings, LLC | Cash Collateral January 2021 | 1229-000 | $10,233.37 | | $137,891.11 |
| 02/26/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $193.40 | $137,697.71 |
| 03/12/2021 | (9) | NAI Partners for DTN Holdings | Cash Collateral stipulation | 1229-000 | $3,000.00 | | $140,697.71 |
| 03/12/2021 | (10) | NAI Partners for DTN Holdings | Cash Collateral Stipulation | 1229-000 | $27,152.29 | | $167,850.00 |
| 03/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $253.59 | $167,596.41 |
| 04/01/2021 | (9) | DTN Holdings c/o NAI Partners | Carve Out | 1229-000 | $3,000.00 | | $170,596.41 |
| 04/01/2021 | (10) | DTN Holdings LLC c/o NAI Partners | Cash Collateral | 1229-000 | $33,604.27 | | $204,200.68 |
| 04/30/2021 | (9) | DTN Holdings LLC | Trustee's Carve out | 1229-000 | $3,000.00 | | $207,200.68 |
| 04/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $338.71 | $206,861.97 |
| | | | | SUBTOTALS | $463,342.95 | $256,480.98 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 20-33158-H2-7 | Trustee Name: | Allison D. Byman |
|---|---|---|---|
| Case Name: | DTN HOLDINGS, LLC | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***7169 | Checking Acct #: | ******5801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 6/24/2020 | Blanket bond (per case limit): | $89,692,000.00 |
| For Period Ending: | 9/3/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/26/2021 | (10) | DTN Holdings LLC c/o NAI Partners | Cash collateral transfer | 1229-000 | $13,772.98 | | $220,634.95 |
| 05/28/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $315.86 | $220,319.09 |
| 06/01/2021 | (9) | DTN Holdings LLC c/o NAI Partners | Trustee compensation | 1229-000 | $3,000.00 | | $223,319.09 |
| 06/01/2021 | (10) | DTN HOldings LLC c/o NAI Partners | Cash Collateral Payment | 1229-000 | $1,331.88 | | $224,650.97 |
| 06/18/2021 | (7) | Maks Holdings | Sale of Building; Trustee proceeds; Docket 36 | 1122-000 | $100,000.00 | | $324,650.97 |
| 06/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $423.47 | $324,227.50 |
| 07/22/2021 | (9) | DTN Holdings LLC c/o NAI Partners | Carve out stipulation final payment | 1229-000 | $1,500.00 | | $325,727.50 |
| 07/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $540.94 | $325,186.56 |
| 08/23/2021 | 3004 | ALLISON DAVISON BYMAN | Docket 45; 8/23/21 | 2100-000 | | $133,700.00 | $191,486.56 |
| 08/23/2021 | 3005 | Veritex Community Bank | Docket 45; 8/23/31 | 4110-000 | | $191,486.56 | $0.00 |
| 08/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $442.17 | ($442.17) |
| 09/03/2021 | | Veritex Community Bank | Bank Service Fee Refund | 2600-000 | | ($442.17) | $0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | | TOTALS: | | $582,947.81 | $582,947.81 | $0.00 |
| | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | Subtotal | | $582,947.81 | $582,947.81 | |
| | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | Net | | $582,947.81 | $582,947.81 | |

| For the period of 6/24/2020 to 9/3/2021 | | For the entire history of the account between 08/20/2020 to 9/3/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $582,947.81 | Total Compensable Receipts: | $582,947.81 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $582,947.81 | Total Comp/Non Comp Receipts: | $582,947.81 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $582,947.81 | Total Compensable Disbursements: | $582,947.81 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $582,947.81 | Total Comp/Non Comp Disbursements: | $582,947.81 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 3     Exhibit 9

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 20-33158-H2-7 | Trustee Name: | Allison D. Byman |
|---|---|---|---|
| Case Name: | DTN HOLDINGS, LLC | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***7169 | Checking Acct #: | ******5801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 6/24/2020 | Blanket bond (per case limit): | $89,692,000.00 |
| For Period Ending: | 9/3/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $582,947.81 | $582,947.81 | $0.00 |

**For the period of 6/24/2020 to 9/3/2021**

| | |
|---|---|
| Total Compensable Receipts: | $582,947.81 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $582,947.81 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $582,947.81 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $582,947.81 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 06/24/2020 to 9/3/2021**

| | |
|---|---|
| Total Compensable Receipts: | $582,947.81 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $582,947.81 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $582,947.81 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $582,947.81 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ ALLISON D. BYMAN

ALLISON D. BYMAN